UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| FREDDIE AMERICA | § | |
| | § | |
| v. | § | CIVIL NO. 4:25-CV-1361-SDJ |
| | § | |
| TEXAS COMPTROLLER OF | § | |
| PUBLIC ACCOUNTS, ET AL. | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Before the Court is the Report and Recommendation of the United States Magistrate Judge in this action, (Dkt. #5), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636 and Local Rule CV-72, (Dkt. #3-1). In the report, the Magistrate Judge recommends that the Court deny Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction, (Dkt. #2), as to the requested temporary restraining order. The Magistrate Judge did not issue a recommendation as to the requested preliminary injunction, explaining instead that "the court will withhold ruling on America's request for a preliminary injunction until [Defendant] Hancock has appeared." (Dkt. #5 at 5).

Having reviewed the Report and Recommendation, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction, (Dkt. #2), is **DENIED** as to the

requested temporary restraining order. The Court will defer ruling on Plaintiff's request for a preliminary injunction until Defendants have appeared.

**So ORDERED and SIGNED this 5th day of January, 2026.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE